# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**BRANDON JONES,**            ]
                              ]
   **Plaintiff,**          ]
                              ]
v.                            ]      2:25-cv-950-ACA
                              ]
**JOHN HAMM,**                ]
et al.,                       ]
                              ]
   **Defendants.**         ]

## MEMORANDUM OPINION

After two extensions of the service deadline (docs. 6, 10), this court ordered Plaintiff Brandon Jones to show cause why it should not dismiss Defendants Officer Hunt, YesCare Corp., and CHS AL, LLC for failure to serve (doc. 12 at 1). Mr. Jones did not respond to the order. Accordingly, the court **WILL DISMISS** Officers Hunt, YesCare, and CHS AL **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

In addition, the two remaining defendants—John Hamm and Arnaldo Mercado—failed to file responsive pleadings by their deadline of December 15, 2025. (*See* doc. 11). After Mr. Jones failed to take any action in response to that failure, the court ordered him to show cause why it should not dismiss Messrs. Hamm and Mercado for Mr. Jones's failure to prosecute. (Doc. 12 at 1–2). Mr. Jones

has not responded to that order to show cause. Accordingly, the court **WILL DISMISS** Messrs. Hamm and Mercado **WITHOUT PREJUDICE** for Mr. Jones's failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this January 7, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE

2